## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| NATIONWIDE MUTUAL INSURANCE CO. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  05-0788 |
| ) | |
| JAMES F. KARNS et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion to Transfer Venue.

The Court finds that venue is proper in both the Western District of Pennsylvania and in the Eastern District of Virginia. There appears to be at least two probable witnesses residing in Virginia and only one in Pennsylvania.  Also, Plaintiff's choice of forum is entitled to respect.  Therefore, this Court finds that the Western District of Pennsylvania is not a more convenient venue for this action.  It is hereby

ORDERED that Defendant's Motion to Transfer Venue is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 19, 2005