**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.  05-0788 ) |
| PATRICK SCOTT, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This matter comes before the Court on Defendants' James Karns and Kaitlyn Karns Motion for Summary Judgment.  Based upon the representations of Defendants' counsel, it is hereby

ORDERED that Defendants' motion is withdrawn.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 17, 2006